# UNITED STATES
## v.
# ROBERT SMART

1808

JOURNAL ENTRIES

1. Postponement . . . . . . . . . *Journal, infra,* \*p. 135
2. Recognizance . . . . . . . . . . . " 143
3. Nolle prosequi; discharge . . . . . . . . . " 177
4. Recognizance discharged . . . . . . . . . " 183

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . .
2. Warrant of arrest and return . . . . . . . . . .